UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL S. POWELL,

    Plaintiff(s),

  v.

AMERICAN PRESIDENT LINES, LTD., et al.,

    Defendant(s).

NO. C08-1606MJP

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY

The above-entitled Court, having received and reviewed

1. Plaintiff's Motion and Declaration for Extension of Discovery (Dkt. No. 34)

2. Defendant APL Maritime, Ltd.'s Opposition to Plaintiff's Motion for Extension of Discovery (Dkt. No. 38)

3. Defendant Stephen Bertrand's Opposition to Plaintiff's Motion for Extension of Discovery (Dkt. No. 40)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is DENIED.

Dated: September 22, 2009

Marsha J. Pechman
U.S. District Judge

**ORDER ON MTN FOR DISCOVERY - 1**