# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL S. POWELL

v.

AMERICAN PRESIDENT LINES, LTD., et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-1606MJP

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Defendants' motions for summary judgment are GRANTED, and all claims against them are DISMISSED with prejudice.

December 1, 2009

BRUCE RIFKIN
Clerk

__/s Mary Duett_____
By, Deputy Clerk