UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL S. POWELL,

    Plaintiff,

v.

AMERICAN PRESIDENT LINES, LTD., a corporation, APL MARITIME, LTD., and STEPHEN L. BERTRAND, and his wife, whose true Christian name is unknown to the Plaintiff, and the M/V APL SINGAPORE, its appurtenances, tackle , anchor, et ux,

    Defendants.

Case No. C08-1606MJP

TAXATION OF COSTS

    Costs in the above-entitled cause are hereby taxed against PLAINTIFF MICHAEL S. POWELL and on behalf of DEFENDANTS in the amount of $2,821.55.

    Entered this   14th   day of JANUARY , 2010 .

Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 1